**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| STEVEN SMITH | : No. 351 WAL 2017 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (CONSOLIDATED | : |
| FREIGHTWAYS CORPORATION OF | : |
| DELAWARE) | : |
| | : |
| | : |
| PETITION OF: MARY ELLEN | : |
| CHAJKOWSKI | : |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 17th day of January, 2018, the Petition for Allowance of Appeal and the Application for Permission to File a Reply be **DENIED** and that Petitioner be **REFERRED** to the Office of Disciplinary Counsel.